IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 06-cr-40057-07-MJR |
| | ) | |
| **KEVIN PULLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

**REAGAN, District Judge:**

On September 18, 2007 Defendant Kevin Pulley moved for an advance pre-sentence investigation report and a continuance of trial.

The Court hereby **DENIES** the motion (Doc. 243).

As a result, the trial date of **October 1, 2007 at 9:00 a.m.** remains firm.

**IT IS SO ORDERED.**

**DATED this 21st day of September 2007.**

s/Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**